AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place,_____

_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____Scott LaScala AT 9:00 AM_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $ _____ for services, for a total of _____.

Date: 4/17/08

_____
Signature of Server

Lew Indellini
Printed name and title

230 N Market St, Wilm DE 19801
Address of Server

AO 440 (Rev. 03/08) Civil Summons (Page 1)

# UNITED STATES DISTRICT COURT
For the District of Delaware

PJM INTERCONNECTION, LLC, )
directly and derivatively on behalf )
of Power Edge, LLC, )
)
)
                Plaintiff, )
     V. )     Civil Action No.: 08-216-
)
MARK GORTON; TOWER RESEARCH )
CAPITAL LLC; TOWER RESEARCH CAPITAL )
INVESTMENTS, LLC; ACCORD ENERGY, LLC; )
BJ ENERGY, LLC; FRANKLIN POWER, LLC; )
GLE TRADING, LLC; OCEAN POWER, LLC; )
PILLAR FUND, LLC; and POWER EDGE LLC, )
)
                Defendants. )

**Summons in a Civil Action**

TO:   POWER EDGE LLC
        c/o The Corporation Trust Company
        CORPORATION TRUST CENTER
        1209 ORANGE STREET
        WILMINGTON, DE 19801

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not continuing the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

        Collins J. Seitz, Jr. (Bar No. 2237)
        Max B. Walton (Bar No. 3876)
        Connolly Bove Lodge & Hutz LLP
        The Nemours Building
        1007 North Orange Street
        P.O. Box 2207
        Wilmington, DE 19899

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          PETER T. DALLEO
                                          Name of clerk of court

DATE: 4/16/08
                                          Deputy clerk's signature