AO 440 (Rev. 03/03) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place,_____

_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____Scott LaScala at 9:00AM_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $ _____ for services, for a total of _____.

Date: 4/17/08

_____
Signature of Server

Lew Indellini
_____
Printed name and title

230 N Market St, Wilm DE 19801
_____
Address of Server

AO 440 (Rev. 03/08) Civil Summons (Page 1)

# UNITED STATES DISTRICT COURT
For the District of Delaware

| | |
|---|---|
| PJM INTERCONNECTION, LLC, directly and derivatively on behalf of Power Edge, LLC, <br><br> Plaintiff, <br> v. <br><br> MARK GORTON; TOWER RESEARCH CAPITAL LLC; TOWER RESEARCH CAPITAL INVESTMENTS, LLC; ACCORD ENERGY, LLC; BJ ENERGY, LLC; FRANKLIN POWER, LLC; GLE TRADING, LLC; OCEAN POWER, LLC; PILLAR FUND, LLC; and POWER EDGE LLC, <br><br> Defendants. | Civil Action No.: 08-216 |

**Summons in a Civil Action**

TO:   PILLAR FUND, LLC
       c/o The Corporation Trust Company
       CORPORATION TRUST CENTER
       1209 ORANGE STREET
       WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not continuing the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Collins J. Seitz, Jr. (Bar No. 2237)
   Max B. Walton (Bar No. 3876)
   Connolly Bove Lodge & Hutz LLP
   The Nemours Building
   1007 North Orange Street
   P.O. Box 2207
   Wilmington, DE 19899

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
_____
Name of clerk of court

DATE: 4/16/08

_____
Deputy clerk's signature