AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Tower Research Capital LLC
by:

(1) personally delivering a copy of each to the individual at this place,_____

_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

Delaware Secretary of State, accepted by_____; or
Karen Charbonneau at 9:32 am.

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____for travel and $ _____for services, for a total of _____.

Date: 4/17/08

Amanda Jarman
Signature of Server

Amanda Jarman, Process Server
Printed name and title

15 E. North St, Dover, DE 19901
Address of Server

AO 440 (Rev. 03/08) Civil Summons (Page 1)

# UNITED STATES DISTRICT COURT
### For the District of Delaware

| | |
|---|---|
| **PJM INTERCONNECTION, LLC,**<br>**directly and derivatively on behalf**<br>**of Power Edge, LLC,**<br><br>            **Plaintiff,**<br>    **v.**<br><br>**MARK GORTON; TOWER RESEARCH**<br>**CAPITAL LLC; TOWER RESEARCH CAPITAL**<br>**INVESTMENTS, LLC; ACCORD ENERGY, LLC;**<br>**BJ ENERGY, LLC; FRANKLIN POWER, LLC;**<br>**GLE TRADING, LLC; OCEAN POWER, LLC;**<br>**PILLAR FUND, LLC; and POWER EDGE LLC,**<br><br>          **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  ~ 0 8 ~ 2 1 6 ~ |

### Summons in a Civil Action

To:    TOWER RESEARCH CAPITAL LLC
        c/o the Delaware Secretary of State
        CT CORPORATION SYSTEM
        111 EIGHTH AVENUE
        NEW YORK, NEW YORK, 10011

A lawsuit has been filed against you.

      Within <u>20</u> days after service of this summons on you (not continuing the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

               Collins J. Seitz, Jr. (Bar No. 2237)
               Max B. Walton (Bar No. 3876)
               Connolly Bove Lodge & Hutz LLP
               The Nemours Building
               1007 North Orange Street
               P.O. Box 2207
               Wilmington, DE  19899

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                              **PETER T. DALLEO**

                                         Name of clerk of court

DATE: ___7/16/08___                     _____Beth Quinn_____
                                          Deputy clerk's signature