IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJM INTERCONNECTION, LLC, directly and derivatively on behalf of Power Edge, LLC,<br><br>                 Plaintiff,<br>V.<br><br>MARK GORTON; TOWER RESEARCH CAPITAL LLC; TOWER RESEARCH CAPITAL INVESTMENTS, LLC; ACCORD ENERGY, LLC; BJ ENERGY, LLC; FRANKLIN POWER, LLC; GLE TRADING, LLC; OCEAN POWER, LLC; PILLAR FUND, LLC; and POWER EDGE LLC,<br><br>                 Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.1:08-CV-216 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eric N. Macey to represent Plaintiff, PJM Interconnection, LLC in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

                                      CONNOLLY BOVE LODGE & HUTZ LLP

                                      */s/ Collins J. Seitz, Jr.*
                                      Collins J. Seitz, Jr. (Bar No. 2237) seitz@cblh.com
                                      1007 North Orange Street, 8th Floor
                                      Wilmington, DE 19899
                                      Tel: (302) 658-9141
                                      Fax: (302) 656-0116

                                      *Attorneys for Plaintiff, PJM Interconnection, LLC*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____                  _____
                                                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJM INTERCONNECTION, LLC, directly and derivatively on behalf of Power Edge, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK GORTON, TOWER RESEARCH CAPITAL LLC, TOWER RESEARCH CAPITAL INVESTMENTS, LLC, ACCORD ENERGY, LLC, BJ ENERGY, LLC, FRANKLIN POWER, LLC, GLE TRADING, LLC, OCEAN POWER, LLC, PILLAR FUND, LLC, and POWER EDGE LLC,<br><br>Defendants. | Case No. 1:08-CV-216 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:   April 24, 2008

/s/ Eric N. Macey
Eric N. Macey
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on April 25, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

                                                                                 _____
                                                                                 Collins J. Seitz, Jr. (Bar No. 2237)
                                                                                 seitz@cblh.com