IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJM INTERCONNECTION, LLC,<br>directly and derivatively on behalf<br>of Power Edge, LLC,<br><br>                      Plaintiff,<br>V.<br><br>MARK GORTON; TOWER RESEARCH<br>CAPITAL LLC; TOWER RESEARCH<br>CAPITAL INVESTMENTS, LLC; ACCORD<br>ENERGY, LLC; BJ ENERGY, LLC;<br>FRANKLIN POWER, LLC; GLE TRADING,<br>LLC; OCEAN POWER, LLC; PILLAR FUND,<br>LLC; and POWER EDGE LLC,<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.1:08-CV-216 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT**
**TOWER RESEARCH CAPITAL LLC PURSUANT TO 10 *DEL. C.* § 3104**

Plaintiff PJM Interconnection, LLC ("Plaintiff") hereby provides proof of service of the process and complaint upon Defendant Tower Research Capital LLC ("Defendant") pursuant to 10 *Del. C.* § 3104 by filing the receipt for registered mail and return receipt. Attached as Exhibit A is the Affidavit of Collins J. Seitz, Jr., Esquire, stating that the non-resident Defendant was served with the notice required by and pursuant to 10 *Del. C.* § 3104, and that the return receipt was received. The receipt for registered mail and the return receipt are attached as Exhibit 1 to the Affidavit.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:   302-658-9141
Facsimile:   302-658-5614
cseitz@cblh.com

DATED: April 28, 2008

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJM INTERCONNECTION, LLC,<br>directly and derivatively on behalf<br>of Power Edge, LLC,<br><br>     Plaintiff,<br>  v.<br><br>MARK GORTON; TOWER RESEARCH<br>CAPITAL LLC; TOWER RESEARCH<br>CAPITAL INVESTMENTS, LLC; ACCORD<br>ENERGY, LLC; BJ ENERGY, LLC;<br>FRANKLIN POWER, LLC; GLE TRADING,<br>LLC; OCEAN POWER, LLC; PILLAR FUND,<br>LLC; and POWER EDGE LLC,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.1:08-CV-216 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF COLLINS J. SEITZ, JR., ESQUIRE

I, Collins J. Seitz, Jr., being duly sworn according to law does depose and say:

1.  I am an attorney for Plaintiff, PJM Interconnection, LLC.

2.  To the best of my knowledge, Tower Research Capital LLC ("Defendant") has an address of 111 Eighth Avenue, #13, New York, New York 10011.

3.  On April 17, 2008, Amanda Jarman, of Parcels, Inc. served the summons and complaint upon Defendant by serving the Delaware Secretary of State.

4.  On April 17, 2008, I mailed, by registered mail, return receipt requested, the summons and complaint with the notice required by 10 *Del. C.* § 3104 to Defendant in care of CT Corporation System, 111 Eighth Avenue, #13, New York, New York 10011.

5.  On April 28, 2008, I received the return receipt from the United States Post Office.

6.  I have attached hereto as Exhibit 1 the return receipt (i.e., the green card) indicating Defendant's receipt of the summons and complaint.

_____
Collins J. Seitz, Jr. (Bar No. 2237)

Dated: April 28, 2008

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 28th day of April 2008.

_____
Notary Public

**SHIRLEY ANNE JONES**
Notary Public - State of Delaware
My Commission Expires Nov. 8, 2009

# **EXHIBIT 1**

Case 1:08-cv-00216-JJF   Document 16-2   Filed 04/28/2008   Page 4 of 5

UNITED STATES POSTAL SERVICE

|||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

THE NEMOURS BUILDING
1007 NORTH ORANGE STREET
P.O. BOX 2207
WILMINGTON, DELAWARE 19899

File #: 15912.01   H. Gibbous

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tower Research Capital
c/o CT Corporation System
111 Eighth Avenue #13
New York, New York
10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  R. Ramon
☑ Agent
☐ Addressee

B. Received by (Printed Name)
R. Renos

C. Date of Delivery
4/24/8

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RB 972-233-450-US

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1