IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJM INTERCONNECTION, LLC,<br>directly and derivatively on behalf<br>of Power Edge, LLC,<br><br>     Plaintiff,<br>V.<br><br>MARK GORTON; TOWER RESEARCH<br>CAPITAL LLC; TOWER RESEARCH<br>CAPITAL INVESTMENTS, LLC; ACCORD<br>ENERGY, LLC; BJ ENERGY, LLC;<br>FRANKLIN POWER, LLC; GLE TRADING,<br>LLC; OCEAN POWER, LLC; PILLAR FUND,<br>LLC; and POWER EDGE LLC,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.1:08-CV-216 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT
MARK GORTON PURSUANT TO 10 *DEL. C.* § 3104**

Plaintiff PJM Interconnection, LLC ("Plaintiff") hereby provides proof of service of the process and complaint upon Defendant Mark Gorton ("Defendant") pursuant to 10 *Del. C.* § 3104 by filing the receipt for registered mail and return receipt. Attached as Exhibit A is the Affidavit of Collins J. Seitz, Jr., Esquire, stating that the non-resident Defendant was served with the notice required by and pursuant to 10 *Del. C.* § 3104, and that the return receipt was received. The receipt for registered mail and the return receipt are attached as Exhibit 1 to the Affidavit.

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Collins Seitz_
Collins J. Seitz, Jr. (Bar No. 2237)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: 302-658-9141
Facsimile: 302-658-5614
cseitz@cblh.com

DATED: May 1, 2008

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJM INTERCONNECTION, LLC, directly and derivatively on behalf of Power Edge, LLC,<br><br>        Plaintiff,<br>V.<br><br>MARK GORTON; TOWER RESEARCH CAPITAL LLC; TOWER RESEARCH CAPITAL INVESTMENTS, LLC; ACCORD ENERGY, LLC; BJ ENERGY, LLC; FRANKLIN POWER, LLC; GLE TRADING, LLC; OCEAN POWER, LLC; PILLAR FUND, LLC; and POWER EDGE LLC,<br><br>        Defendants. | Case No.1:08-CV-216 (JJF) |

## AFFIDAVIT OF COLLINS J. SEITZ, JR., ESQUIRE

I, Collins J. Seitz, Jr., being duly sworn according to law does depose and say:

1. I am an attorney for Plaintiff, PJM Interconnection, LLC.

2. To the best of my knowledge, Mark Gorton ("Defendant") has an address of 377 Broadway, 11th Floor, New York, New York 10013.

3. On April 17, 2008, Amanda Jarman, of Parcels, Inc. served the summons and complaint upon Defendant by serving the Delaware Secretary of State.

4. On April 17, 2008, I mailed, by registered mail, return receipt requested, the summons and complaint with the notice required by 10 *Del. C.* § 3104 to Defendant in care of Lime Group, 377 Broadway, 11th Floor, New York, New York 10013.

5. On May 1, 2008, I received the return receipt from the United States Post Office.

6. I have attached hereto as Exhibit 1 the return receipt (i.e., the green card) indicating Defendant's receipt of the summons and complaint.

_____
Collins J. Seitz, Jr. (Bar No. 2237)

Dated: May 1, 2008

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 1st day of May, 2008.

_____
Notary Public

HEATHER GIBBONS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 20, 2009

# **EXHIBIT 1**

Case 1:08-cv-00216-JJF   Document 17-2   Filed 05/01/2008   Page 4 of 5

**EXHIBIT 1**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mark Gorton
   Lime Group
   377 Broadway, 11th Floor
   New York, NY. 10013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] 
☐ Agent
☐ Addressee

B. Received by (Printed Name)
M MYATT

C. Date of Delivery
4/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RB 972 233 446 US

PS Form 3811, February 2004       Domestic Return Receipt       102595-02

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

THE NEMOURS BUILDING
1007 NORTH ORANGE STREET
P.O. BOX 2207
WILMINGTON, DELAWARE 19899

File #: 15912-01  H Gibbons

C007