**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------------- x

PJM INTERCONNECTION, L.L.C., directly and
derivatively on behalf of Power Edge, LLC,

                      Plaintiff,

    v.

MARK GORTON, TOWER RESEARCH CAPITAL
LLC, TOWER RESEARCH CAPITAL
INVESTMENTS LLC, ACCORD ENERGY LLC, BJ
ENERGY LLC, FRANKLIN POWER LLC, GLE
TRADING LLC, OCEAN POWER LLC, PILLAR
FUND LLC and POWER EDGE LLC,

                      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C. A. No. 08-216-JJF

-------------------------------------------------------------------------- x

**MOTION TO DISMISS UNDER RULES 9(b), 12(b)(1), 12(b)(5) AND 12(b)(6)**

       Defendants Mark Gorton, Tower Research Capital LLC, Tower Research

Capital Investments LLC, Accord Energy LLC, BJ Energy LLC, Franklin Power LLC, GLE

Trading LLC, Ocean Power LLC, Pillar Fund LLC and Power Edge LLC, by and through

their undersigned counsel, respectfully move this Court for an Order dismissing the

Complaint. The grounds for this Motion are set forth in Defendants' Opening Brief in

Support of Their Motion to Dismiss Under Fed. R. Civ. P. 9(b), 12(b)(1), 12(b)(5) and

12(b)(6) and the Declaration of Richard J.L. Lomuscio filed contemporaneously herewith.

OF COUNSEL:

David B. Tulchin
Richard J.L. Lomuscio
Brian L. Frye
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
(212) 558-4000

Jesse A. Finkelstein (#1090)
Daniel A. Dreisbach (#2583)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE  19801
(302) 651-7700
finkelstein@rlf.com
dreisbach@rlf.com
fineman@rlf.com

*Attorneys for Defendants*

May 7, 2007

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esquire
Max B. Walton, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
8th Floor
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on May 7, 2008, I have sent by Federal Express, the foregoing document to the following non-registered participant:

**BY FEDERAL EXPRESS**
Eric N. Macey, Esquire
Novack & Macey LLP
100 North Riverside Plaza
Chicago, IL 60606-1501

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------ x

PJM INTERCONNECTION, L.L.C., directly and ) 
derivatively on behalf of Power Edge, LLC, )
                                            )
                   Plaintiff, )          C. A. No. 08-216-JJF

    v. )

MARK GORTON, TOWER RESEARCH CAPITAL ) 
LLC, TOWER RESEARCH CAPITAL )
INVESTMENTS LLC, ACCORD ENERGY LLC, BJ )
ENERGY LLC, FRANKLIN POWER LLC, GLE )
TRADING LLC, OCEAN POWER LLC, PILLAR )
FUND LLC and POWER EDGE LLC, )
                                            )
               Defendants. )

------------------------------------------------------------------------ x

## ORDER

      Having considered the Motion to Dismiss the Complaint of Mark Gorton,

Tower Research Capital LLC, Tower Research Capital Investments LLC, Accord Energy

LLC, BJ Energy LLC, Franklin Power LLC, GLE Trading LLC, Ocean Power LLC, Pillar

Fund LLC and Power Edge LLC,

      IT IS HEREBY ORDERED this ____ day of _____, 2008, that the

Motion is GRANTED and this action is dismissed with prejudice.

                                        _____

                                          United States District Judge