IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
PJM INTERCONNECTION, L.L.C., directly and )
derivatively on behalf of Power Edge, LLC, )
                                                                        Plaintiff, )       C. A. No. 08-216-JJF
       v. )

MARK GORTON, TOWER RESEARCH CAPITAL )
LLC, TOWER RESEARCH CAPITAL )
INVESTMENTS LLC, ACCORD ENERGY LLC, BJ )
ENERGY LLC, FRANKLIN POWER LLC, GLE )
TRADING LLC, OCEAN POWER LLC, PILLAR )
FUND LLC and POWER EDGE LLC, )

                                         Defendants. )
------------------------------------------------------------------------ x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Tower Research Capital LLC, Tower Research Capital Investments LLC, Accord Energy LLC, BJ Energy LLC, Franklin Power LLC, GLE Trading LLC, Ocean Power LLC, Pillar Fund LLC and Power Edge LLC (collectively, "defendants") state that (a) defendants have no corporate

parents and (b) no publicly held corporation owns 10% or more of defendants.

OF COUNSEL:

David B. Tulchin
Richard J.L. Lomuscio
Brian L. Frye
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

/s/ 

Jesse A. Finkelstein (#1090)
Daniel A. Dreisbach (#2583)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
finkelstein@rlf.com
dreisbach@rlf.com
fineman@rlf.com

*Attorneys for Defendants*

May 7, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esquire
Max B. Walton, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
8th Floor
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on May 7, 2008, I have sent by Federal Express, the foregoing document to the following non-registered participant:

**BY FEDERAL EXPRESS**
Eric N. Macey, Esquire
Novack & Macey LLP
100 North Riverside Plaza
Chicago, IL 60606-1501

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com