IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PJM INTERCONNECTION, LLC, directly and derivatively on behalf of Power Edge, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MARK GORTON, TOWER RESEARCH CAPITAL LLC, TOWER RESEARCH CAPTIAL INVESTMENTS, LLC, ACCORD ENERGY, LLC, BJ ENERGY, LLC, FRANKLIN POWER, LLC, GLE TRADING, LLC, OCEAN POWER, LLC, PILLAR FUND, LLC, AND POWER EDGE LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)    C.A. No. 08-216-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiff PJM Interconnection, LLC shall file its response to Defendants' Motion To Dismiss (D.I. 18) (the "Motion") is extended to and including June 3, 2008. Defendants shall file their reply papers in support of the Motion on or before June 17, 2008.

| | |
|---|---|
| /s/ Steven J. Fineman #4025 | /s/ Collins J. Seitz, Jr. #2237 |
| Daniel A. Dreisbach (#2583) | Collins J. Seitz, Jr. (#2237) |
| dreisbach@rlf.com | cseitz@cblh.com |
| Steven J. Fineman (#4025) | Max B. Walton (#3876) |
| fineman@rlf.com | mwalton@cblh.com |
| Richards Layton & Finger, P.A. | Connolly Bove Lodge & Hutz LLP |
| One Rodney Square | The Nemours Building |
| 920 North King Street | 1007 North Orange Street, 8th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| 302-651-7700 | 302-658-9141 |
| Attorneys for Defendants | Attorneys for Plaintiff |

SO ORDERED this _____ day of _____, 2008.

 

_____
United States District Judge

RLF1-3284522-1