# UNITED STATES DISTRICT COURT
For the District of Delaware

| | |
|---|---|
| PJM INTERCONNECTION, LLC,<br>directly and derivatively on behalf<br>of Power Edge, LLC,<br><br>                    Plaintiff,<br>         v.<br><br>MARK GORTON; TOWER RESEARCH<br>CAPITAL LLC; TOWER RESEARCH CAPITAL<br>INVESTMENTS, LLC; ACCORD ENERGY, LLC;<br>BJ ENERGY, LLC; FRANKLIN POWER, LLC;<br>GLE TRADING, LLC; OCEAN POWER, LLC;<br>PILLAR FUND, LLC; and POWER EDGE LLC,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)       Civil Action No.: 08-216 (JJF) |

### Alias Summons in a Civil Action

To:   MARK GORTON
      c/o The Corporation Trust Company
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE 19801
      Registered agent for ACCORD ENERGY, LLC;
      BJ ENERGY, LLC; FRANKLIN POWER, LLC;
      GLE TRADING, LLC; OCEAN POWER, LLC;
      PILLAR FUND, LLC; and POWER EDGE LLC

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not continuing the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Collins J. Seitz, Jr. (Bar No. 2237)
> Max B. Walton (Bar No. 3876)
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

PETER T. DALLEO
_____
Name of clerk of court

DATE: MAY 2 1 2008
_____
Deputy clerk's signature

I declare under penalty of perjury that I served the summons and complaint in this case on __5/22/08__ by:

    (1) personally delivering a copy of each to the individual at this place, _____

_____;

or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Scott LaScala__;

or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of _____.

Date: __5/22/08__

_____
Signature of Server

__John Ritter__
Printed name and title

__230 N Market St, Wilm DE 19801__
Address of Server