# UNITED STATES DISTRICT COURT
## For the District of Delaware

| | |
|---|---|
| PJM INTERCONNECTION, LLC,<br>directly and derivatively on behalf<br>of Power Edge, LLC,<br><br>           Plaintiff,<br>V.<br><br>MARK GORTON; TOWER RESEARCH<br>CAPITAL LLC; TOWER RESEARCH CAPITAL<br>INVESTMENTS, LLC; ACCORD ENERGY, LLC;<br>BJ ENERGY, LLC; FRANKLIN POWER, LLC;<br>GLE TRADING, LLC; OCEAN POWER, LLC;<br>PILLAR FUND, LLC; and POWER EDGE LLC,<br><br>           Defendants. | Civil Action No.: 08-216 (JJF) |

### Alias Summons in a Civil Action

TO:    Mark Gorton
          377 Broadway, 11th Floor
          New York, New York 10013
          c/o Delaware Secretary of State
          John G. Townsend Bldg.
          401 Federal Street - Suite 4
          Dover, DE 19901

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not continuing the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

          Collins J. Seitz, Jr. (Bar No. 2237)
          Max B. Walton (Bar No. 3876)
          Connolly Bove Lodge & Hutz LLP
          The Nemours Building
          1007 North Orange Street
          P.O. Box 2207
          Wilmington, DE 19899

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                              PETER T. DALLEO
                                                             Name of clerk of court

DATE: 5/21/08

                                                             Deputy clerk's signature

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on May 22, 2008, by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____ ;
or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

Delaware Secretary of State located at 401 Federal Street Dover DE 19901
~~or~~ Service was accepted by Karen Charbonneau at 8:39 a.m.

 (4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $ _____ for services, for a total of _____.

Date: 5/22/08

Shelly Miles
Signature of Server

Shelly Miles - Process Server
Printed name and title

15 East North Street Dover DE 19901
Address of Server